# United States District Court
# For The Western District of North Carolina
# Asheville Division

Roy Carliss Knight

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                           1:12-cv162-RJC

SUSAN WHITE,
FNY RIDDLE,
        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 08/06/2012 Order.

Signed: August 6, 2012

Frank G. Johns, Clerk
United States District Court